IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAMERON LAWRENCE TAYLOR,         )
                                 )
        Petitioner,               )
                                 )     1:18CV788
     v.                           )    1:17CR320-1
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.               )

**ORDER**

On February 10, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 40, 41.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that an evidentiary hearing as to Ground One of Petitioner's motion to vacate, set aside, or correct sentence, (Doc. 31), is scheduled as set out in the Notice of Rescheduling, (Doc. 42).

**IT IS FURTHER ORDERED** that Ground Two of Petitioner's § 2255 motion, (Doc. 31), is **DENIED**.

This the 3rd day of March, 2020.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge